

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 5, 2018

By ECF and Courtesy Copy by Interoffice Mail (w/ enclosure)

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Fink v. United States Customs and Border Protection,*
             No. CV-18-2551-SJ-SJB

Dear Judge Johnson:

    Enclosed please find, for your signature, an executed "Stipulation and Order of Dismissal with Prejudice" in the above-referenced matter.

                                                         Respectfully submitted,

                                                          RICHARD P. DONOGHUE
                                                          United States Attorney

                           By:    s/ James R. Cho
                                    James R. Cho
                                    Assistant U.S. Attorney
                                    (718) 254-6519
                                    James.cho@usdoj.gov

Enclosure

cc:    All Counsel (by ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NEIL FINK,

                            Plaintiff,

          -against-

UNITED STATES CUSTOMS AND BORDER
PROTECTION,

                          Defendant.

No. CV-18-2551
(Johnson, J.)
(Bulsara, M.J.)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Neil Fink ("plaintiff") and defendant, United States Customs and Border Protection (hereinafter "defendant"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in the above-captioned actions are dismissed against the defendant with prejudice.

IT IS HEREBY FURTHER STIPULATED AND AGREED that each party hereto agrees that this dismissal is without costs or fees.

*Fink v. United States Customs and Border Protection, No. CV-18-2551 (Johnson, J.) (Bulsara, M.J.)*
*Stipulation and Order of Dismissal with Prejudice*

Dated: New York, New York
      June 5, 2018

                                      LEVI & KORSINSKY LLP
                                      30 Broad Street 24th Floor
                                      New York, New York 10004

                     By:    s/ Shannon Lee Hopkins
                            Shannon Lee Hopkins
                            212-363-7500
                            shopkins@zlk.com

                            Daryl Andrews
                            ANDREWS DEVALERIO LLP
                            265 Franklin St., Suite 1702
                            Boston, Massachusetts 02110
                            Direct: 617-999-6473
                            Office: 617-936-2796
                            daryl@andrewsdevalerio.com
                            *Attorneys for Plaintiff*

Dated: Brooklyn, New York
      June 5, 2018                RICHARD P. DONOGHUE
                                      United States Attorney
                                      Eastern District of New York
                                      *Attorney for Defendant*
                                      271-A Cadman Plaza East, 7th Floor
                                      Brooklyn, New York 11201

                     By:    s/ James R. Cho
                            James R. Cho
                            Assistant U.S. Attorney
                            (718) 254-6519
                            james.cho@usdoj.gov

SO ORDERED this

\_\_\_\_\_ day of _____, 2018

_____
HONORABLE STERLING JOHNSON, JR.
United States District Judge, Eastern District of New York

2